UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199 SEIU UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

ATLANTIC HIGHLANDS NURSING HOME, INC., a/k/a KASOT CORPORATION,
**Defendant**

Case No. 08 CV 03265

Rule 7.1 Statement

RECEIVED APR 01 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: April 1, 2008

Signature of Attorney
Lowell Peterson
Attorney Bar Code: LP 5405

93963

American LegalNet, Inc.
www.USCourtForms.com