**1199 SEIU UNITED HEALTHCARE WORKERS EAST**
Plaintiff
vs.

United States District Court
Southern District of New York
Docket / Index # 08-cv-03265

**ATLANTIC HIGHLANDS NURSING HOME, INC. A/K/A KASCOT CORPORATION**
Defendant

**Person to be served:**
Atlantic Highlands Nursing Home, Inc. a/k/a Kascot Corporation at: Atlantic Highlands Nursing Home, Inc. a/k/a Kascot Corporation, 8 Middletown Avenue, Atlantic Highlands, NJ 07716

# AFFIDAVIT OF SERVICE

**Attorney:**
United Process Service, Inc.
315 Broadway
New York, NY 10007-1121

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint, Rule 7.1 Statement with Attachments

**Service Data:**
Served Successfully __X__   Not Served _____

**Date:** April 15, 2008   **Time:** 11:00 AM

**Attempts: 1**

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Ondria Marinan, Director of Human Resources

**Description of Person Accepting Service:**
Sex: **Female**  Age: **55**  Height: **5' 5"**  Weight: **140-150 lbs**  Skin Color: **White**  Hair Color: **Grey**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
17th day of April, 2008

_____
J. Michael Pagan, Notary Public of New Jersey
My Commission Expires April 14, 2010

I, **June Rivera**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 4/17/2008
June Rivera, Process Server

United Process Service, Inc. ,315 Broadway Third Floor, New York, NY 10007-1121
Phone: (800)473-7186

Job #44465
Affidavit of Service (9/30/02)