```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

                  Plaintiff,

ATLANTIC HIGHLANDS NURSING HOME, INC.
a/k/a KASOT CORPORATION,

                  Defendant.
-------------------------------------------------------------- X

Case No. 08 Civ. 03265
(Castel, J.)

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff 1199/SEIU UNITED HEALTHCARE WORKERS EAST hereby dismisses the above-captioned action without prejudice pursuant to FRCP 41(a). Defendant Atlantic Highlands Nursing Home, Inc., a/k/a Kasot Corporation, has not filed an answer and has not otherwise appeared in this action.

Dated: New York, New York
May 9, 2008

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

_____
Hanan B. Kolko (HK 1307)
*Attorneys for Plaintiff*
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
212-239 4999
hkolko@msek.com

SO ORDERED
[signature]
USDJ
5-13-08

SO ORDERED

U.S.D.J.

94886